Slip Op. 15 - 119

UNITED STATES COURT OF INTERNATIONAL TRADE

MACLEAN-FOGG CO., *ET AL.*,

       Plaintiffs,

          v.

UNITED STATES,

       Defendant,

         and

ALUMINUM EXTRUSIONS FAIR TRADE
COMMITTEE,

       Defendant-Intervenor.

Before: Donald C. Pogue,
       Senior Judge

Consol. Court No. 11-00209[1]

JUDGMENT

      This case having been duly submitted for decision; and
the court, after due deliberation, having rendered a decision
herein; now therefore, in conformity with said decision, and in
accordance with the parties' Joint Status Report, ECF No. 126,
it is hereby

      ORDERED, ADJUDGED and DECREED that Aluminum Extrusions
from the People's Republic of China, 76 Fed. Reg. 18,521 (Dep't
Commerce Apr. 4, 2011) (final affirmative countervailing duty
determination), as amended by the Final Second Results of

---

[1] This case is consolidated with Ct. Nos. 11-00210, 11-00220,
and 11-00221. Order, Aug. 23, 2011, ECF No. 26, at ¶ 2.

Redetermination Pursuant to Court Remand, ECF Nos. 124-1 (conf. version) & 125-1 (pub. version), is AFFIRMED; and it is further

ORDERED, ADJUDGED and DECREED that that any entries covered by Section 516A(e)(1) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e)(1) (2012), are to be liquidated in accordance with this judgment.


_____/s/ Donald C. Pogue_____
Donald C. Pogue, Senior Judge


Dated: October 23, 2015
       New York, NY